```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/18/2018
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

| | |
|---|---|
| MALKA RAUL, Derivatively on Behalf of Nominal Defendant General Electric Co., : | ~~Lead~~ Case No. 18-CV-03355-JMF |
| Plaintiff, : | ~~(Consolidated with Nos. 18-CV-04408 and 18-CV-04746)~~ |
| v. : | |
| JOHN L. FLANNERY, et al., : | |
| Defendants, : | |
| - and - : | |
| GENERAL ELECTRIC COMPANY, : | |
| Nominal Defendant. : | |

------------------------------------------------------------x

## ~~[PROPOSED]~~ ORDER APPOINTING CO-LEAD AND LIAISON COUNSEL FOR PLAINTIFFS IN THE CONSOLIDATED ACTION

Having considered the parties' correspondence regarding a leadership structure in the above-captioned action, as well as all other documents on file with the Court, and good cause appearing therefor,

**IT IS HEREBY ORDERED AS FOLLOWS**:

1. Every pleading filed in the consolidated derivative action, ~~or in any separate action included herein,~~ must bear the following caption:

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE GENERAL ELECTRIC COMPANY FEDERAL SHAREHOLDER DERIVATIVE LITIGATION | ~~Lead~~ Case No. 18-CV-03355-JMF |
| | ~~(Consolidated with Nos. 18-CV-04408 and 18-CV-04746)~~ |
| ~~This Document Relates To:~~ | |
| ~~ALL ACTIONS~~. | |

2. Co-Lead Counsel for plaintiffs for the conduct of *In re General Electric Company Federal Shareholder Derivative Litigation*, Lead Case No. 18-CV-03355, are designated as follows:

**ROBBINS ARROYO LLP**
BRIAN J. ROBBINS
CRAIG W. SMITH
JENNY L. DIXON
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
brobbins@robbinsarroyo.com
csmith@robbinsarroyo.com
jdixon@robbinsarroyo.com

-and-

**LIFSHITZ & MILLER LLP**
JOSHUA M. LIFSHITZ
EDWARD M. MILLER
821 Franklin Avenue, Suite 209
Garden City, NY 11530
Telephone: (516) 493-9780
Facsimile: (516) 280-7376
jml@jlclasslaw.com
edmilleresq@aol.com

3. Plaintiffs' Co-Lead Counsel shall have the sole authority to speak for plaintiffs in all matters regarding pre- trial procedure, trial, and settlement negotiations and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

4. Plaintiffs' Co-Lead Counsel will be responsible for coordinating all activities and appearances on behalf of plaintiffs. No motion, request for discovery, or other pre-trial or trial proceedings will be initiated or filed by any plaintiffs except through plaintiffs' Co-Lead Counsel.

5. Liaison Counsel for plaintiffs for the conduct of *In re General Electric Company*

*Federal Shareholder Derivative Litigation*, Lead Case No. 18-CV-03355, is designated as follows:

**LAW OFFICES OF THOMAS G. AMON**
THOMAS G. AMON
733 3rd Avenue, 15th Floor
New York, NY 10017
Telephone: (212) 810-2430
tamon@amonlaw.com

6.  Plaintiffs' Liaison Counsel shall be available and responsible for communications to and from this Court, including distributing orders and other directions from the Court to counsel. Plaintiffs' Liaison Counsel shall be responsible for creating and maintaining a master service list of all parties and their respective counsel.

7.  Defendants' counsel may rely upon all agreements made with any of plaintiffs' Co-Lead or Liaison Counsel, or other duly authorized representative of plaintiffs' Co-Lead or Liaison Counsel, and such agreements will be binding on plaintiffs.

8.  This Order shall govern each purported shareholder derivative action arising out of the same or substantially the same transactions or events as the Consolidated Derivative Action that is subsequently filed in, removed to, or transferred to this Court.

9.  If a case that properly belongs as part of *In re General Electric Company Federal Shareholder Derivative Litigation*, Lead Case No. 18-CV-03355, is hereafter filed in this Court or transferred here from another court, plaintiffs' Co-Lead Counsel shall promptly call to the attention of the Court the filing or transfer of any case that might properly be consolidated as part of *In re General Electric Company Federal Shareholder Derivative Litigation*, Lead Case No. 18-CV-03355.

//

//

//

10. Pursuant to Fed. R. Civ. P. 5(b)(2)(E), all parties consent to service by e-mail of any document required to be served in the Consolidated Derivative Action.

**IT IS SO ORDERED** this <u>18th</u> day of <u>June</u>, 2018.

_____
THE HONORABLE JESSE M. FURMAN
UNITED STATES DISTRICT JUDGE

The parties are reminded that only 18-CV-3355 remains open. Accordingly, counsel should not docket anything in the other cases. The Court has modified the caption above and in Paragraph 1 accordingly.

The Clerk of Court is directed to change the docket of 18-CV-3355 to reflect the caption set forth in Paragraph 1 above.

1269778