UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
:
IN RE GENERAL ELECTRIC COMPANY FEDERAL   :
SHAREHOLDER DERIVATIVE LITIGATION        :      18-CV-3355 (JMF)
:
-------------------------------------------------------------------------X      ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/20/2018

JESSE M. FURMAN, United States District Judge:

On August 17, 2018, Defendants filed a motion to dismiss the complaint under Rule 12(b) of the Federal Rules of Civil Procedure. (Docket No. 67). Under Rule 15(a)(1)(B), a plaintiff has twenty-one (21) days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course. Accordingly, it is hereby ORDERED that Plaintiffs shall file any amended complaint by **September 7, 2018**. Plaintiffs will not be given any further opportunity to amend the complaint to address issues raised by the motion to dismiss.

If Plaintiffs do amend, by three (3) weeks after the amended complaint is filed, Defendants shall: (1) file an answer; (2) file a new motion to dismiss; or (3) submit a letter to the Court, copying Plaintiffs, stating that it relies on the previously filed motion to dismiss. If Defendants file an answer or a new motion to dismiss, the Court will deny the previously filed motion to dismiss as moot.

It is further ORDERED that if no amended complaint is filed, Plaintiffs shall serve any opposition to the motion to dismiss by **September 27, 2018**. (*See* Docket No. 66). Defendants' reply, if any, shall be served by **October 12, 2018**. At the time any reply is served, the moving party shall supply the Court with one courtesy hard copy of all motion papers by mailing or delivering them to the United States Courthouse, 40 Centre Street, New York, New York.

SO ORDERED.

Dated: August 20, 2018
       New York, New York

_____
JESSE M. FURMAN
United States District Judge