
600 B Street, Suite 1900
San Diego, CA 92101
619.525.3990 *phone*
619.525.3991 *fax*
www.robbinsarroyo.com

October 17, 2018

**VIA ECF**

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    **RE:**    *In re General Electric Company Federal Shareholder Derivative Litigation*,
              Lead Case No. 18-CV-3355 (JMF)

Dear Judge Furman:

    We write on behalf of plaintiffs Malka Raul, Edward Tansey, and Henry Zwang ("Plaintiffs") in response to the Court's Order issued October 17, 2018.

    Lead Counsel for the Plaintiffs have arranged for a conference call line for the call to occur October 18, 2018 at 2:30 p.m. EST. The dial-in information is as follows:

    Dial-in Number:    (619) 398-4160
    Pass code:             56822

    The parties are prepared to clarify the intent of the dismissal and why the Court should approve dismissal.

                                                  Sincerely,

                                                  s/ Jenny L. Dixon

                                                  Jenny L. Dixon

cc:    All counsel of record (via ECF)

1307134

